01
02
03
04
05
06

07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09 LISA L. RODARTE,                                  )
                                                     )   CASE NO. C14-0093-JCC-MAT
10          Plaintiff,                               )
                                                     )
11      v.                                           )
                                                     )
12 CAROLYN W. COLVIN, Acting                         )   REPORT AND RECOMMENDATION
   Commissioner of Social Security,                  )
13                                                   )
            Defendant.                               )
14 _____          )

15          Plaintiff brought this action to seek judicial review of the denial of an application for

16 disability benefits by the Commissioner of the Social Security Administration.   The parties

17 now stipulate this case should be reversed and remanded for further proceedings.   (Dkt. 24.)

18          Based on the stipulation of the parties, the Court recommends this case be REVERSED

19 and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to

20 sentence four of 42 U.S.C. § 405(g).   On remand, this case will be assigned to a new

21 Administrative Law Judge (ALJ) who shall: (1) reevaluate the materiality of plaintiff's

22 substance abuse and provide rationale that explains the periods of sobriety and the mental

REPORT AND RECOMMENDATION
PAGE -1

01  impairments that were present during that time; (2) re-evaluate all severe impairments,

02  including plaintiff's alleged fetal alcohol syndrome; (3) reconsider the medical evidence of

03  record, specifically the opinions of Drs. Bledsoe, Dees, and McDuffee, provide the weight

04  accorded to the opinions, and, if rejecting the opinions, provide specific and legitimate reasons

05  for doing so; (4) reassess plaintiff's residual functional capacity; (5) reevaluate plaintiff's

06  credibility and subjective complaints; and (6) obtain supplemental vocational expert testimony

07  to determine what impact, if any, plaintiff's impairments would have on her ability to perform

08  work-related activities at steps four and five of the sequential evaluation process.   Also, upon

09  proper request, plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28

10  U.S.C. § 2412.

11      The Court recommends that United States District Judge John C. Coughenour

12  immediately approve this Report and Recommendation and order the case REVERSED and

13  REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. §

14  405(g).   A proposed order accompanies this Report and Recommendation.

15      DATED this 30th day of September, 2014.

16

17      _____

18      Mary Alice Theiler
        Chief United States Magistrate Judge

19

20

21

22

REPORT AND RECOMMENDATION
PAGE -2