THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA L. RODARTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>　　　　　Defendant. | CASE NO. C14-0093-JCC<br><br>ORDER OF REMAND |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 24.) It is therefore ORDERED:

　　(1)　The Court adopts the Report and Recommendation;

　　(2)　The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

　　(3)　The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 2nd day of October 2014.

//

ORDER OF REMAND
PAGE - 1

1
2
3
                                          John C. Coughenour
4
                                          UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER OF REMAND
PAGE - 2